Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 25-34749-MVL13 |
| RICHARD WALKER § | |
| DEBTOR(S) § | CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Servbank, N.A. (hereinafter referred to as "Creditor"), a secured creditor in the above-entitled and numbered case, filing this its Objection to Confirmation of Chapter 13 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on December 1, 2025.

2. Debtor(s) is indebted to Creditor pursuant to a promissory note secured by a recorded instrument granting a security interest in the real property with the address of 2023 Placerville Street, Forney, Texas 75126 (the "Property").

3. The Property is the Debtor(s)' principal residence.

4. Creditor filed a secured proof of claim in the amount of $376,306.08, with pre-petition arrearages in the amount of $72,738.76 (the "Claim").

5. Debtor(s) Chapter 13 Plan (the "Plan") as proposed provides only $70,949.00 to satisfy the pre-petition arrearage portion of the Claim.

6. Creditor objects to confirmation of the Plan because it does not comply with Section 1322(b)(2) because it understates the amount of the Claim, including, but not limited to pre-petition arrears and the total debt due and owing as of the date of filing.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that this Court deny confirmation of the Plan proposed by the Debtor(s), and grant Creditor such other and further relief at law and in equity as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Servbank, N.A.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 29th day of December 2025:

Debtor           *Via U.S. Mail*
Richard Walker
2023 Placerville Street
Forney, TX 75126

Debtor's Attorney
Marcus B. Leinart
Leinart Law Firm
10670 N. Central Expressway Suite 320
Dallas, TX  75231

Chapter 13 Trustee
Thomas Powers
105 Decker Ct., Suite 1150
Irving, Texas 75062

US Trustee
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

25-34749-MVL13

                                                /s/ Chandra D. Pryor
                                                Hilary B. Bonial
                                                Chandra D. Pryor