Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                                                              CASE NO:  25-34749-MVL-13
**RICHARD WALKER**
        **DEBTOR**

### TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The plan does not meet the disposable income test pursuant to 11 U.S.C. Section 1325(b).

- Under *In re Hardacre*, the Unsecured Creditors Pool (UCP) is calculated to be $44,934.60, based on Debtors current income and expenses, and the following changes:

| | | | |
|---|---|---|---|
| Line: 16 | Add: $196.33 | Subtract: $0.00 | Notes: Taxes are overstated |
| Line: 22 | Add: $84.00 | Subtract: $0.00 | Notes: Health care expenses overstated |
| Line: 23 | Add: $50.00 | Subtract: $0.00 | Notes: No documentation provided |

- Debtor is not paying all Disposable Income to the Plan while paying less than 100% to unsecured creditors. Property taxes and homeowner's insurance are provided for Debtor's Schedule J, per the proof of claim filed by the mortgage company, those expenses are escrowed.

The Plan does not provide for the full payment in deferred cash payments, of all claims entitled to priority under 11 U.S.C. §507, per 11 U.S.C. §1322(a)(2).

- Debtor has not provided for the IRS claim in the amount of $31,055.37

Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                          Respectfully submitted,
                                                          THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                          By: /s/ Randy Tipton

**Trustee's Objection To Confirmation, Page 2**
**Case # 25-34749-MVL-13**
**RICHARD WALKER**

Randy Tipton
State Bar No. 24039860
Attorney For Tom Powers
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200
Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 3**
**Case # 25-34749-MVL-13**
**RICHARD WALKER**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

Debtor:    RICHARD WALKER, 2023 PLACERVILLE STREET, FORNEY, TX  75126

Attorney:    LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  January 08, 2026                              By:  /s/ Randy Tipton