OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                                  CASE NO:  25-34749-MVL-13

RICHARD WALKER                                                                   JUDGE MICHELLE V. LARSON

       DEBTOR

## NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND
## NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

The Trustee's office has received a Proof of Claim dated December 30 , 2025.  The mortgage payment for Trustee's claim # 26 - SERVBANK has been changed to $3,047.69 per month .

These payments will begin March 01 , 2026.

No changes have been made to Plan Payments .

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtor and Debtor's Counsel by United States First Class Mail or by electronic service .

**Case No: 25-34749-MVL-13**
**Debtor Name: RICHARD WALKER**
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**NO CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE, Page 2**

| | |
|---|---|
| Debtor: | RICHARD WALKER, 2023 PLACERVILLE STREET, FORNEY, TX  75126 |
| Attorney: | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231** |

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers

Thomas D. Powers