Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD HARRY WALKER | § | CASE NO. 25-34749-MVL-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

## MOTION TO WAIVE MANDATORY WAGE DIRECTIVE AGREEMENT AND APPROVAL OF PAYMENT BY AUTOMATIC DEBIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BEFORE THE COURT, Movant, Debtors Richard Harry Walker, and files this their Motion to Waive Mandatory Wage Directive Agreement and Approval of Payment by Automatic Debit, and would respectfully show the Court the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334.

2. Debtor Richard Harry Walker filed a voluntary petition for relief under Title 11 of the United States Code on, or about 12/1/2025. This case has been assigned the number 25-34749-MVL-13.

3. Debtor is required pursuant to general order 2021-03, section 4, to enter into a wage directive agreement, unless otherwise ordered by the Court

4. Debtor Richard Harry Walker is a field operations manager. He is responsible for twenty-five people and there are many instances where he is responsible for certain financial tasks that he is required to implement in a timely manner. He must have those

funds available to support the team. Debtor fears the payments being taken from his wages may affect his productivity and will result in the termination of his employment. Attached is a statement from Debtor attesting as much.

5. Debtor wishes to pay his required payments via automatic debit through their bank account in lieu of a wage directive.

6. This Motion is not made for the purposes of delay or attempt to hinder any creditor or process.

WHEREFORE, PREMISES CONSIDERED, Debtors Richard Harry Walker respectfully requests this Court grant his request for entry of the Order allowing payments to be made as required by the proposed Chapter 13 Plan via automatic debit in lieu of a wage directive agreement; and for any other relief in both law and equity as the Court may deem appropriate.

DATED: February 11, 2026

Respectfully Submitted,

LEINART LAW FIRM

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
The Leinart Law Firm
10670 N Central Exprwy, Ste 320
Dallas, TX 75231
469.232-3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I did serve a true and correct copy of the foregoing to the following interested parties and on the attached mailing list, by United States Mail, First Class;

DEBTORS
Richard Harry Walker
2023 Placerville Street
Forney, TX 75126

Office of the Standing Chapter 13 Trustee
Thomas Powers
5601 Executive Dr
Suite 300
Irving, TX 75038

United States Trustee
1100 Commerce St, Rm 976
Dallas, TX 75242

/s/ Marcus Leinart
Marcus Leinart
Attorney for Debtor